Stephen Montoya (#011791)
**Montoya Jimenez, P.A.**
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
(602) 256-6718
(602) 256-6667 fax
stephen@montoyalawgroup.com

Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Christopher,<br><br>Plaintiffs,<br><br>v.<br><br>Spectra Electrical Services, Inc.,<br><br>Defendant. | No. CV 12-0345-PHX-DGC<br><br>**RULE 30(B)(6) NOTICE OF DEPOSITION OF DEFENDANT** |

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant on the following issues.

1. Any investigation(s) conducted by Defendant in response to any internal and/or external complaints of harassment, discrimination, retaliation, unprofessional conduct, unfair labor practices, or any other personnel and/or employment related complaint(s) made by Plaintiff regarding his employment with Defendant. The term "complaints" includes (but is <u>not</u> limited to) oral complaints to Plaintiff's supervisors, to Union Representatives, and to federal and/or state enforcement agencies, <u>e.g.</u>, the Civil Rights Division of the Arizona Attorney

General's Office and/or the EEOC. These matters include the identification of the dates of any complaints and/or investigations, identification of the subject matter of any complaints and/or investigations, the identity and qualifications of the investigators conducting the investigations, any witnesses interviewed, statements taken, and any conclusions reached in the investigation, including any corrective and/or disciplinary measures undertaken as a result of any investigations.

2. Defendant's policies, procedures, practices and/or customs in reference to investigating complaints of discrimination in the workplace.

3. Defendant's policies, procedures, practices, and/or customs in reference to disciplining employees for alleged misconduct (including discrimination) in the workplace.

4. The circumstances of Plaintiff's separation from employment with Defendant in October 2008.

5. The circumstances of Erik White's separation from employment with Defendant.

Pursuant to Rule 30(b)(6), Defendant is required to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and to set forth, for each person designated, the matters on which the person will testify.

The oral examination will take place before a certified court reporter authorized by law to administer oaths:

| | |
|---|---|
| DATE AND TIME OF DEPOSITION: | September 11, 2012 at 9:30 a.m. |
| PLACE OF DEPOSITION: | **Montoya Jimenez, P.A.**<br>3200 North Central Avenue, Ste. 2550<br>Phoenix, Arizona 85012 |

Respectfully submitted this 17th day of August 2012.

**MONTOYA JIMENEZ, P.A.**

s/ Stephen Montoya
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012-2490
Attorney for Plaintiff

I hereby certify that on August 17, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Charles W. Wirken
Robert D. Haws
Gust Rosenfeld, P.L.C.
One East Washington, Ste. 1600
Phoenix, Arizona 85004
cwirken@gustlaw.com
rhaws@gustlaw.com
Attorneys for Defendant

Copy emailed this same day to:

Donna DeLaVina
Donna DeLaVina Reporting
donnadelavina@live.com


s/ Stephen Montoya