Stephen Montoya (#011791)
**Montoya, Jimenez & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Christopher,<br><br>Plaintiff,<br><br>v.<br><br>Spectra Electrical Services, Inc.,<br><br>Defendant. | No. CV 12-0345-PHX-DGC<br><br>**PLAINTIFF'S DESCRIPTION OF THE CASE** |

Pursuant to this Court's Order of June 19, 2013, Plaintiff submits the following description of the case.  The parties could not agree on a "joint" description of the case because Defendant objects to the second sentence of the second paragraph of Plaintiff's description of the case, specifically, "Mr. Christopher further claims that after he complained of Erik White's discriminatory conduct, Spectra failed to investigate it or otherwise take appropriate corrective measures in response to his complaint."

Respectfully submitted this 4th day of September 2013

**MONTOYA, JIMENEZ & PASTOR, PA.**

s/ Stephen Montoya
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

## **DESCRIPTION OF THE CASE**

Plaintiff Robert Christopher was employed as an electrician by Defendant Spectra Electrical Services, an electrical contractor. Mr. Christopher is Asian in race and national origin. His supervisor at Spectra was Erik White, who is white in race.

Mr. Christopher claims that he was subjected to a series of unwelcome, racial slurs by Erik White that created a racially hostile work environment and that Erik White fired him for complaining to him about it. Mr. Christopher further claims that after he complained of Erik White's discriminatory conduct, Spectra failed to investigate it or otherwise take appropriate corrective measures in response to his complaint.

Spectra denies that Mr. Christopher was subjected to a racially hostile work environment, and asserts that he did not complain of name-calling to anyone in Spectra's Human Resources Department or to anyone in management senior to Mr. White. Spectra also denies that Mr. Christopher was fired. Spectra contends that Mr. Christopher quit after an argument with Mr. White regarding the construction project.

Respectfully submitted this 4th day of September 2013

**MONTOYA, JIMENEZ & PASTOR, PA.**

s/ Stephen Montoya
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on September 4, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Charles W. Wirken
Gust Rosenfeld, P.L.C.
One East Washington, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant


s/ Stephen Montoya